USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: __10/26/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MD. ANISUL ISLAM BABUL,

Plaintiff,

-against-

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

Defendant.

No. 26 Civ. 2389 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

The Court has reviewed the parties' pre-motion letters regarding Defendant's anticipated motion to dismiss. *See* ECF No. 14, 15. Leave to file a motion to dismiss is GRANTED.

By **November 23, 2026**, Defendant shall file its motion to dismiss.

By **December 21, 2026**, Plaintiff shall file his opposition.

By **January 4, 2027**, Defendant shall file its reply, if any.

Additionally, on April 2, 2026, the Court ordered the parties to file a joint letter advising whether they consent to the jurisdiction of a Magistrate Judge by July 31, 2026. *See* ECF No. 8. Plaintiff's submission indicating consent to the jurisdiction of a Magistrate Judge does not comply with the Court's order, as the submission was not filed on behalf of all parties. *See* ECF No. 11; 11-1. Accordingly, by **November 2, 2026**, the parties shall file a joint letter advising the Court whether all parties consent to the jurisdiction of a magistrate judge.

SO ORDERED.

Dated: October 26, 2026
New York, New York

ANALISA TORRES
United States District Judge